UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR B. JAIME, JR., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN RIVER COLLEGE, <br><br> Defendant. | No. 2:17-cv-01352 JAM CKD (PS) <br><br><br> FINDINGS & RECOMMENDATIONS |

On July 7, 2017, the court ordered plaintiff to show cause within fourteen days why this case should not be dismissed for lack of subject matter jurisdiction. That period has expired, and plaintiff has not shown a basis for federal jurisdiction in this matter.

Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be dismissed for lack of jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

////

////

shall be served and filed within seven days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 4, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 jaime1352.nojuris_jo